TRINA A. HIGGINS, Acting United States Attorney (#7349)
STEPHEN L. NELSON, Assistant United States Attorney (#9547)
STEWART M. YOUNG, Assistant United States Attorney (#14377)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: stephen.nelson@usdoj.gov

SEALED

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EVERARDO MENDOZA SANCHEZ,<br><br>Defendant. | Case No. 2:22mj368 CMR<br><br>**SEALED COMPLAINT**<br><br>COUNT 1: Possession of Heroin with Intent to Distribute, 21 U.S.C. §§ 841(a)(1)<br><br>Judge Cecilia M. Romero |

Before Cecilia M. Romero, United States Magistrate Judge for the District of Utah, appears the undersigned, who on oath deposes and says:

**<u>COUNT 1</u>**
**21 U.S.C. § 841(a)(1)**
**(Possession of Heroin with Intent to Distribute)**

On or about May 22, 2022, in the District of Utah, and elsewhere,

EVERARDO MENDOZA SANCHEZ,

the defendant herein, did knowingly and intentionally possess with intent to distribute five hundred (500) grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. §§ 841(a)(1) and punishable pursuant to 21 U.S.C. §841(b)(1)(B).

**AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT**

Complainant, Kevin Dalrymple, being duly sworn, hereby states that this Felony Complaint is based on information obtained through an investigation consisting of the following:

1. Your affiant is a Special Agent with the FBI and has been employed by the FBI since September of 2019. Your affiant is currently assigned to the FBI Wasatch Metro Drug Task Force ("WMDTF") and is tasked with investigating street gangs and drug trafficking. As a Special Agent with the FBI, your affiant has participated in several investigations involving drug trafficking activities in violations of 21 U.S.C. §§ 841 and 846. Additionally, your affiant has participated in investigations that involve sophisticated electronic surveillance methods to include GPS vehicle trackers, pen register/trap and trace devices, and court authorized Title III wire intercepts. Your affiant is also familiar with the appearance, packaging, common usage and terminology regarding controlled substances through your affiant's training, experience, and observation. Your affiant is familiar with the facts and circumstances alleged in this complaint.

2. In or about the month of May 2022, a confidential source ("CS1"[1]) reported to Agents of the Federal Bureau of Investigation ("FBI") and Davis Metro Narcotic Strike Force ("DMNSF") that a not yet fully identified Hispanic male ("UNSUB1"), believed to be residing in Mexico, had contacted CS1 through telephone in attempt to sell a large quantity of heroin to CS1.

---

[1] CS1 is cooperating with law enforcement in exchange for consideration on pending criminal charges. Your affiant considers the information received from CS1 to be accurate and reliable. CS1 has a criminal history to include drug possession and possession of a firearm by restricted person. CS1 has never provided information that has been found to be false or misleading. WMDTF investigators have also verified information provided by CS1 in this investigation through independent sources, including surveillance, registered owner checks on vehicles and addresses used by the suspect(s), criminal history checks on the suspects, and information received from other sources of information. Based on conversations with CS1, CS1 appears to be knowledgeable in the sale and distribution of controlled substances.

During subsequent communications with UNSUB1, at the direction of law enforcement, CS1 arranged to purchase approximately 2 kilograms of heroin. During the arrangement of the deal, UNSUB1 agreed to send a drug courier acting on his behalf to provide the heroin to CS1 in Utah.

**<u>May 22, 2022 –2257.16 grams of heroin</u>**

3. On or about May 22, 2022, CS1 finalized the logistics of the drug exchange with the drug courier, SANCHEZ, at telephone number XXX-XXX-1243. During these communications, SANCHEZ advised that he would meet CS1 at an agreed upon meet location in Davis County, Utah. Further, SANCHEZ informed CS1 that he would arrive at the meet location in a Gray Dodge Journey.

4. Thereafter, SANCHEZ arrived at the meet location in a Gray Dodge Journey. After arriving, SANCHEZ exited his vehicle with two suitcases, made contact with CS1, and placed the two suitcases in CS1's vehicle. Upon making contact with CS1, agents of the DMNSF approached SANCHEZ and placed him under arrest. Thereafter, a certified K9 handler provided a positive indication for the odor of narcotics on CS1's vehicle where SANCHEZ had placed the suitcases. Agents then searched the suitcases which SANCHEZ had carried to CS1's vehicle. During this search, agents were able to locate approximately 2 kilograms of heroin inside of the suitcases.

5. The evidence was later photographed, packaged, and weighed by Agents of the DMNSF. The heroin evidence weighed 2257.16 grams and presumptively tested positive for heroin. The narcotic evidence was then transported and booked into Davis County Crime Lab for storage.

6. During a post *Miranda* interview, SANCHEZ advised that he was directed by an individual in Mexico to transport the two suitcases from California to Utah. SANCHEZ stated

that upon arriving in Utah he was directed to contact and meet with an individual to provide the suitcases in exchange for $36,000. SANCHEZ stated that he would later be paid $2,000 for these services.

7. This amount of heroin is consistent with distribution as opposed to personal use. Based on the foregoing information, I respectfully request an arrest warrant be issued for SANCHEZ for violations of 21 U.S.C. §841(a)(1), Possession with the Intent to Distribute Heroin.

Kevin Dalrymple
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO BEFORE ME this 24th day of May 2022.

Cecilia M. Romero
United States Magistrate Judge

APPROVED AS TO FORM:

TRINA A. HIGGINS
United States Attorney

/s/ *Stephen L. Nelson*

Stephen L. Nelson
Assistant United States Attorney